IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| FREDERICK J. MATHEWS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No: 9:17-1352-JMC |
| | ) ORDER |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

On December 17, 2018, Counsel for the Plaintiff, Danny Mayes, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $4,876.81 for fees (24.85 hours at $196.25 per hour) and $16.00 for expenses. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $4,876.81 for fees and $16.00 for expenses.

December 27, 2018

*J. Michelle Childs*
_____
J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE